## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PAUL D. BUHL                      : CASE NO.

V.                                    :

PATRICK J. MOYNIHAN,
B&M LOGISTICS, LLC, and UNKNOWN
EMPLOYEES 1, 2 AND 3           : DECEMBER 9, 2022

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT:

Pursuant to 28 U.S.C. §§ 1331and1441(a) et seq., the defendant Patrick J. Moynihan files

this Notice of Removal seeking removal of this action from the Connecticut Superior Court to

this Court, and represent as follows:

1.     On or about August 22, 2022, defendant Moynihan was served by writ, civil

summons and complaint in the above-referenced action, naming him as well as B&M Logistics,

LLC and Unknown Employees 1, 2 and 3 (the **"B&M Defendants"**) as party defendants. The

B&M Defendants were served on or about August 29, 2022. A copy of the initial writ, civil

summons and complaint are attached hereto as **Exhibit A**.

2.     The plaintiff returned service of process of said writ, summons and initial

complaint to the Connecticut Superior Court, Judicial District of Middlesex on or about

October 5, 2022. A copy of the Conn. State Marshal's Officer's Return of service is

attached hereto as **Exhibit B**.

3.     In his initial Complaint, Plaintiff only brought claims under Connecticut common

law for conversion and negligence.

CRUMBIE LAW GROUP, LLC

100 Pearl Street · 12th Floor · Hartford, Connecticut 06103 · 860.725.0025 · 860.760.0308 · Facsimile: 860.760.0308

Juris No. 428371

CRUMBIE LAW GROUP, LLC
100 Pearl Street · 12ᵗʰ Floor · Hartford, Connecticut 06103 · 860.725.0025 · Facsimile: 860.760.0308
Juris No. 428371

4.  On November 10, 2022, Plaintiff filed an Amended Complaint, as of right, adding, *inter alia*, Count III, a claim for violation of his civil rights under 42 U.S.C. § 1983. *See* Amended Complaint, Count III, p. 3, attached hereto as **Exhibit C.**

5.  "Title 28 U.S.C. § 1331 vests in federal district courts 'original jurisdiction' over 'all civil actions arising under the Constitution, laws, or treaties of the United States.' A case 'aris[es] under' federal law within the meaning of§ 1331, this Court has said, if 'a well-pleaded complaint establishes either that federal law creates the cause of action or that the plaintiff's right to relief necessarily depends on resolution of a substantial question of federal law.' Franchise Tax Bd. of Cal. v. Construction Laborers Vacation Trust for Southern Cal., 463 U.S. 1, 27-28, 103 S.Ct. 2841, 77 L.Ed.2d 420 (1983).'" Empire Healthcare Assurance, Inc. v. McVeigh, 547 U.S. 677, 689-90, 126 S.Ct. 2121, 165 L.Ed.2d. 131 (2006).

6.  Further, pursuant to 28 U.S.C. § 1367(a), "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article Ill of the United States Constitution."

7.  Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.  Defendant Moynihan has timely presented this Notice of Removal within thirty days after he received a copy of the amended pleading from which he could first ascertain that this case is one which is or has becomes removable when Plaintiff filed his Amended Complaint

on November 10, 2022, pursuant to 28 U.S.C. § 1446(b)(3). This Notice of Removal is therefore timely filed.

9.      Counts III of the Amended Complaint which purports to allege a claim for violation of the Plaintiff's civil rights under the Fourteenth Amendment of the Constitution of the United States is substantively based on the same factual allegations as are Counts I, II and IV. Therefore, the Court has original jurisdiction over Count III and supplemental jurisdiction over Counts I, II and IV as the claims are so related that they form part of the same case or controversy under Article Ill of the United States Constitution.

10.     No further substantive actions or proceedings have been had in Superior Court in this matter.

11.     All defendants consent to the removal of this action as evidenced by the signature of the co-defendants' counsel, below. *See* 28 U.S.C. § 1446(b)(2)(A).

12.     Defendants submit that this matter should be removed from the Superior Court of the State of Connecticut, judicial district of Middlesex, to the United States District Court for the District of Connecticut because the federal court has original jurisdiction over Count III pursuant to 28 U.S.C. §§ 1331and1441(a) and supplemental jurisdiction over Counts I, II and IV pursuant to 28 U.S.C. § 1367(a).

13.     Attached hereto as **Exhibit D** is a copy of the Notice of Filing of Notice of Removal, which is being filed in the Connecticut Superior Court for the Judicial District of Middlesex of even date herewith.

WHEREFORE, Defendants pray that the above-referenced action be removed from the Connecticut Superior Court to the United States District Court for the District of Connecticut.

CRUMBIE LAW GROUP, LLC
100 Pearl Street · 12th Floor · Hartford, Connecticut 06103 · 860.725.0025 · Facsimile: 860.760.0308
Juris No. 428371

·3·

DEFENDANT,
PATRICK MOYNIHAN

By:   ct00403
   Joseph B. Burns, Esq.
   Fed Bar No. ct00403
   Crumbie Law Firm, LLC
   100 Pearl Street, 12th Floor
   Hartford, CT  06103
   Tel. (860) 725-0025
   Fax: (860) 760-0308
   Email: jburns@crumbielaw.com

  The defendants B&M Logistics, LLC, and Employees 1, 2 and 3, through their undersigned counsel, hereby consent to the removal of the above-referenced action be removed from the Connecticut Superior Court to the United States District Court for the District of Connecticut.

THE DEFENDANTS B&M LOGISTICS, LLC,
AND EMPLOYEES 1, 2 AND 3

By:
Kenneth Barber, Esq.
Barber Kenneth and Associates, LLC
P.O. Box 88
East Hampton, CT 06424
Tel: 860-267-2263
Fax: 860-267-5832
Email: kbarber@barber-lasw-firm.com

CRUMBIE LAW GROUP, LLC
Juris No. 428371
100 Pearl Street · 12th Floor · Hartford, Connecticut 06103 · 860.725.0025 · 860.760.0308 · Facsimile: 860.760.0308

·4·

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, this Notice of Removal was filed electronically and was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent electronically to all registered E-filers in this case by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

Plaintiff:
Paul D. Buhl
*Pro Se*
100 Crescent Street
Middletown, CT 06457
Email: pdbuhl@aol.com

For Defendants B&M Logistics, LLC, and Employees 1, 2 and 3:
Kevin N. Godwin, Esq.
Barber Kenneth and Associates, LLC
P.O. Box 88
East Hampton, CT 06424
Email: kbarber@barber-law-firm.com

__ct00403__
Joseph B. Burns

CRUMBIE LAW GROUP, LLC

100 Pearl Street · 12th Floor · Hartford, Connecticut 06103 · 860.725.0025 · Facsimile: 860.760.0308

Juris No. 428371

EXHIBIT A

# SUMMONS - CIVIL

JD-CV-1  Rev. 2-22
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

**For information on ADA accommodations, contact a court clerk or go to: www.jud.ct.gov/ADA.**

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

Post Date: 10/05/2022
Payfile: 2227743-1

Docket: CV22501533DS
Receipt Nbr: 0436884

**Instructions are on page 2.**

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

List Total: 001  $360.00

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**

By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk (Number, street, town and zip code) | Telephone number of clerk | Return Date (Must be a Tuesday) |
|---|---|---|
| 1 Court Street | (860) 343-6400 | October 11, 2022 |

| | | At (City/Town) | | Case type code (See list on page 2) |
|---|---|---|---|---|
| ☒ Judicial District | G.A. | Middletown | Major: T | Minor: 90 |
| ☐ Housing Session | ☐ Number: | | | |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (if attorney or law firm) |
|---|---|
| Paul D. Buhl, pro se | |

| Telephone number | Signature of plaintiff (if self-represented) |
|---|---|
| (860) 539 – 7861 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.  ☒ Yes  ☐ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book (if agreed)  pdbuhl@aol.com |
|---|---|

| Parties | Name (Last, First, Middle Initial) and address of each party (Number; street; P.O. Box; town; state; zip; country, if not USA) | |
|---|---|---|
| First plaintiff | Name: **Buhl, Paul D.**  Address: **100 Crescent Strreet, Middletown, CT 06457** | P-01 |
| Additional plaintiff | Name:  Address: | P-02 |
| First defendant | Name: **Moynihan, Patrick J.**  Address: **51 Indian Hill Road, Portland, CT 06480** | D-01 |
| Additional defendant | Name: **B&M Logistics, LLC**  Address: **81 Industrial Park Access Road, Middlefield, CT 06455** | D-02 |
| Additional defendant | Name: **Unknown Employee 1**  Address: **81 Industrial Park Access Road, Middlefield, CT 06455** | D-03 |
| Additional defendant | Name: **Unknown Employee 2**  Address: **81 Industrial Park Access Road, Middlefield, CT 06455** | D-04 |

| Total number of plaintiffs: 1 | Total number of defendants: 5 | ☒ Form JD-CV-2 attached for additional parties |
|---|---|---|

## Notice to each defendant

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.

**The court staff is not allowed to give advice on legal matters.**

| Date | Signed (Sign and select proper box) | ☐ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 08/19/2022 | | ☒ Clerk | S. P. |

Office of the Clerk
Superior Court Only

**If this summons is signed by a Clerk:**

a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.
c. The court staff is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint.

File Date **RECEIVED**

**OCT 05 2022**

Judicial District of Middlesex
Docket Number: Connecticut
MNX- CV22-
5015330S

| I certify I have read and understand the above: | Signed (Self-represented plaintiff) | Date  08/19/2022 |
|---|---|---|

**CIVIL SUMMONS**
**CONTINUATION OF PARTIES**
JD-CV-2    Rev. 9-12

STATE OF CONNECTICUT
**SUPERIOR COURT**

First named Plaintiff *(Last, First, Middle Initial)*

**Buhl, Paul D.**

First named Defendant *(Last, First, Middle Initial)*

**Moynihan, Patrick J.**

## Additional Plaintiffs

| Name *(Last, First, Middle Initial, if individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| | | 03 |
| | | 04 |
| | | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |
| | | 12 |
| | | 13 |

## Additional Defendants

| Name *(Last, First, Middle Initial, if individual)* | Address *(Number, Street, Town and Zip Code)* | CODE |
|---|---|---|
| **Unknown Employee 3** | **81 Industrial Park Access Road, Middlefield, CT 06455** | 05 |
| | | 06 |
| | | 07 |
| | | 08 |
| | | 09 |
| | | 10 |
| | | 11 |

| | | | FOR COURT USE ONLY - File Date |
|---|---|---|---|
| | 12 | | Office of the Clerk<br>Superior Court<br>RECEIVED |
| | 13 | | **OCT 0 5 2022** |
| | 14 | | Judicial District of Middlesex<br>State of Connecticut<br>Docket number<br>MMX-CV22-5015733 |

**CIVIL SUMMONS-Continuation**

RETURN DATE: OCTOBER 11, 2022
PAUL D. BUHL    : SUPERIOR COURT
          : JUDICIAL DISTRICT OF MIDDLESEX
          :
 V.        : AT MIDDLETOWN
          :
PATRICK J. MOYNIHAN, *ET AL.*  : AUGUST 19, 2022

Office of the Clerk
Superior Court
RECEIVED

**COMPLAINT**

OCT 0 5 2022

Judicial District of Middlesex
State of Connecticut

**COUNT I. CONVERSION.**

1. The Plaintiff Paul D. Buhl is a citizen of the State of Connecticut with his principal residence in the City of Middletown.

2. The Defendant Patrick J. Moynihan (hereinafter "Moynihan" is a citizen of the State of Connecticut with his principal residence in the Town of Portland.  At all times relevant to this Complaint Moynihan was a Connecticut State Marshal.

3. The Defendant B&M Logistics, LLC (hereinafter "B&M") is a Connecticut limited liability company with its principal place of business in the Town of Middlefield.  In August 2109 Moynihan engaged B&M to perform an eviction of Plaintiff, inter alios, from real property at 12 Casner Road, East Haddam.

4. Unknown Employee 1 (hereinafter "Employee 1") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

5. Unknown Employee 2 (hereinafter "Employee 2") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

6. Unknown Employee 3 (hereinafter "Employee 3") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

7.  During the aforesaid eviction, Moynihan and/or B&M and/or Employee 1 and/or Employee 2 and/or Employee 3 converted personal property of the Plaintiff and Plaintiff has been damaged thereby.  The personal property so converted included items passed down to the Plaintiff from his father and grandfather, causing Plaintiff great emotional distress.

**COUNT II.  NEGILGENCE.**

1. - 6.  Plaintiff realleges paragraphs 1. - 6. of Count I as paragraphs 1. - 6. Of this Count II as if fully set forth herein.

7.  In undertaking to perform the aforesaid eviction Moynihan and B&M assumed a duty of care to Plaintiff to conduct that eviction in accordance with the law and to transport all of Plaintiff's personal property to storage provided by the Town of East Haddam.

8.  Moynihan breached his duty of care to the Plaintiff by failing to adequately supervise and monitor the actions of B&M, Employee 1, Employee 2 and Employee 3.

9.  B&M breached its duty of care to the Plaintiff by failing to adequately supervise and monitor the actions of Employee 1, Employee 2 and Employee 3.

10.  As a direct and proximate result of Moynihan's and B&M's breaches of their duty of care to Plaintiff, Plaintiff suffered loss of personal property through conversion and Plaintiff has been damaged thereby.  The personal property so converted included items passed

down to the Plaintiff from his father and grandfather, causing Plaintiff great emotional distress.

WHEREFORE, Plaintiff prays this court for:

i. Money damages.

ii. Treble damages pursuant to Conn. Gen. Stat. §52-564.

iii.  Costs of this action.

iv.  Attorney's fees, and

v. Such other and further relief as the court deems just or equitable.

PLAINTIFF

PAUL D. BUHL
100 CRESCENT STREET
MIDDLETOWN, CT 06457
(860) 539-7861

```
RETURN DATE: OCTOBER 11, 2022
PAUL D. BUHL                    : SUPERIOR COURT
                                : JUDICIAL DISTRICT OF MIDDLESEX
                                :
     V.                         : AT MIDDLETOWN
                                :
PATRICK J. MOYNIHAN, ET AL.     : AUGUST 19, 2022
```

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff states that the amount in demand in this
action is in excess of $15,000., exclusive of interest and costs.

PLAINTIFF

PAUL D. BUHL
100 CRESCENT STREET
MIDDLETOWN, CT 06457
(860) 539-7861

EXHIBIT B

Officer's Return to Court

State of Connecticut )

                ss: Middlefield/Middletown        August 22, 2022

County of Middlesex )

Then and by virtue of the original writ, and by direction of the plaintiff,
I left a true and attested copy of the original Writ, Summons, Complaint, and
Statement of Amount in Demand for the within named defendant
UNKNOWN EMPLOYEE 1 at the office of B&M LOGISTICS, LLC at said
81 Industrial Park Access Road, Middlefield, Connecticut.

And afterwards on the 22nd day of August, 2022, by direction of the plaintiff,
I left a true and attested copy of the original Writ, Summons, Complaint, and
Statement of Amount in Demand for the within named defendant
UNKNOWN EMPLOYEE 2 at the office of B&M LOGISTICS, LLC at said
81 Industrial Park Access Road, Middlefield, Connecticut.

And afterwards on the 22nd day of August, 2022, by direction of the plaintiff,
I left a true and attested copy of the original Writ, Summons, Complaint, and
Statement of Amount in Demand for the within named defendant
UNKNOWN EMPLOYEE 3 at the office of B&M LOGISTICS, LLC at said
81 Industrial Park Access Road, Middlefield, Connecticut.

And afterwards on the 22nd day of August, 2022, by direction of the plaintiff,
I left a true and attested copy of the original Writ, Summons, Complaint, and
Statement of Amount in Demand with and in the hands of the within named
defendant PATRICK J. MOYNIHAN at said 90 Court Street,
Middletown, Connecticut.

Note: The defendant Patrick J. Moynihan met me at the above address to accept
service.

Office of the Clerk
Superior Court
RECEIVED

OCT 0 5 2022

Judicial District of Middlesex
State of Connecticut

And afterwards on the 29th day of August, 2022, by direction of the plaintiff, I made due and legal service upon the within named defendant B&M LOGISTICS, LLC by leaving a true and attested copy of the original Writ, Summons, Complaint, and Statement of Amount in Demand with and in the hands of DALE R. ALDIERI, Registered Agent for Service of Process for, and Person in Charge at the office of and place of business of ALDIERI FINANCIAL SERVICES, LLC at the time of service, and duly authorized to accept service for ALDIERI FINANCIAL SERVICES, LLC who is the Registered Agent for Service of Process for, and duly authorized to accept service for the within named defendant B&M LOGISTICS, LLC at said 386 Main Street, Middletown, Connecticut.

I received this writ on the 20th day of August, 2022, and service was made in accordance with Section 52-593a of the Connecticut General Statutes.

The within and foregoing is the original Writ, Summons, Complaint, and Statement of Amount in Demand  with my doings hereon endorsed.

Fees:

Service.......... 120.00
Copy............. 30.00
Endorsement.. 6.00
Travel............ 8.75

_____

$164.75

ATTEST:

Stuart E. Woods
State Marshal Middlesex County

Subscribed and Sworn to this 7th day of September, 2022, before me, Stuart E. Woods, State Marshal for Middlesex County, and made oath of the truth of the matters contained herein.

NOTARY PUBLIC

CHERYL B. MELKONIAN
NOTARY PUBLIC
MY COMMISSION EXPIRES DEC. 31, 2023

Page 2 of 2

# EXHIBIT C

DOCKET NUMBER: MMX-CV-22-5015330-S
PAUL D. BUHL     : SUPERIOR COURT
         : JUDICIAL DISTRICT OF MIDDLESEX
         :
 V.        : AT MIDDLETOWN
         :
PATRICK J. MOYNIHAN, *ET AL.* : NOVEMBER 10, 2022

### AMENDED COMPLAINT

**COUNT I. CONVERSION.**

1. The Plaintiff Paul D. Buhl is a citizen of the State of Connecticut with his principal residence in the City of Middletown.

2. The Defendant Patrick J. Moynihan (hereinafter "Moynihan" is a citizen of the State of Connecticut with his principal residence in the Town of Portland. At all times relevant to this Complaint Moynihan was a Connecticut State Marshal.

3. The Defendant B&M Logistics, LLC (hereinafter "B&M") is a Connecticut limited liability company with its principal place of business in the Town of Middlefield. In August 2109 Moynihan engaged B&M to perform an eviction of Plaintiff, inter alios, from real property at 12 Casner Road, East Haddam.

4. Unknown Employee 1 (hereinafter "Employee 1") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

5. Unknown Employee 2 (hereinafter "Employee 2") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

6. Unknown Employee 3 (hereinafter "Employee 3") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

Office of the Clerk
Superior Court
RECEIVED

NOV 1 0 2022

Judicial District of Middlesex
State of Conn

1

7.   During the aforesaid eviction, Moynihan and/or B&M and/or Employee 1 and/or Employee 2 and/or Employee 3 converted personal property of the Plaintiff and Plaintiff has been damaged thereby.   The personal property so converted included items passed down to the Plaintiff from his father and grandfather, causing Plaintiff great emotional distress.

8.   The Defendants Moynihan and B&M are liable for the actions of the unidentified employees under the doctrine of *respondeat superior*.

**COUNT II.   NEGILGENCE.**

1. - 6.   Plaintiff realleges paragraphs 1. - 6. of Count I as paragraphs 1. - 6. of this Count II as if fully set forth herein.

7.   In undertaking to perform the aforesaid eviction Moynihan and B&M assumed a duty of care to Plaintiff to conduct that eviction in accordance with the law and to transport all of Plaintiff's personal property to storage provided by the Town of East Haddam.

8.   Moynihan breached his duty of care to the Plaintiff by failing to adequately supervise and monitor the actions of B&M, Employee 1, Employee 2 and Employee 3.

9.   B&M breached its duty of care to the Plaintiff by failing to adequately supervise and monitor the actions of Employee 1, Employee 2 and Employee 3.

10.   As a direct and proximate result of Moynihan's and B&M's breaches of their duty of care to Plaintiff, Plaintiff suffered loss of personal property through conversion and Plaintiff has been damaged

2

thereby.  The personal property so converted included items passed
down to the Plaintiff from his father and grandfather, causing
Plaintiff great emotional distress.

### COUNT III.  CIVIL RIGHTS VIOLATIONS.

1.  Plaintiff realleges paragraphs 1. – 8. of Count I as
paragraphs 1. – 8. of this Count III as if fully set forth herein.

9.  In conducting the eviction as aforesaid Moynihan, B&M,
Employee 1, Employee 2 and Employee 3 were acting under color of state
law within the meaning of 42 U.S. Code §1983.

10.  By converting property of the Plaintiff Moynihan, B&M,
Employee 1, Employee 2 and Employee 3 deprived Plaintiff of that
property without due process of law in violation of Amendment 14 of
the Constitution of the United States and 42 U.S. Code §1983 and
Plaintiff has been damaged thereby.

### COUNT IV.  UNFAIR TRADE PRACTICES.

1.  Plaintiff realleges paragraphs 1. – 8. of Count I as
paragraphs 1. – 8. of this Count IV as if fully set forth herein.

9.  In conducting the eviction as aforesaid, Moynihan, B&M,
Employee 1, Employee 2 and Employee 3 were engaged in trade or
commerce within the meaning of the Connecticut Unfair Trade Practices
Act, Conn. Gen. Stat. §42-110b, *et seq.*

10.  By converting property of the Plaintiff Moynihan, B&M,
Employee 1, Employee 2 and Employee 3 engaged in an unfair or

3

deceptive act or practice while engaged in commerce or trade in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110b, *et seq*. and Plaintiff has been damaged thereby.

WHEREFORE, Plaintiff prays this court for:

i. Money damages.

ii. Treble damages pursuant to Conn. Gen. Stat. §52-564.

iii. Punitive damages pursuant to 42 U.S. Code §1983.

iv.  Attorney's fees pursuant to 42 U.S. Code §1983.

v.  Punitive damages pursuant to Conn. Gen. Stat. §42-110g.

vi.  Attorney's fees pursuant to Conn. Gen. Stat. §42-110g.

vii.  Costs of this action.

viii.  Attorney's fees, and

ix. Such other and further relief as the court deems just or equitable.

PLAINTIFF

PAUL D. BUHL
100 CRESCENT STREET
MIDDLETOWN, CT 06457
(860) 539-7861

5

```
DOCKET NUMBER: MMX-CV-22-5015330-S
PAUL D. BUHL                        : SUPERIOR COURT
                                    : JUDICIAL DISTRICT OF MIDDLESEX
                                    :
    V.                              : AT MIDDLETOWN
                                    :
PATRICK J. MOYNIHAN, ET AL.         : NOVEMBER 10, 2022
```

### STATEMENT OF AMOUNT IN DEMAND

The Plaintiff states that the amount in demand in this

action is in excess of $15,000., exclusive of interest and costs.

PLAINTIFF

PAUL D. BUHL
100 CRESCENT STREET
MIDDLETOWN, CT 06457
(860) 539-7861

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed
postage pre-paid or transmitted electronically this tenth day of
November 2010 to all counsel of record, as follows:

Crumbie Law Group
100 Pearl Street
Hartford, CT 06103

Kenneth Barber & Associates
P.O. Box 88
East Hampton, CT 06424

Paul D. Buhl

6

DOCKET NUMBER: MMX-CV-22-5015330-S

| | |
|---|---|
| PAUL D. BUHL | : SUPERIOR COURT |
| | : JUDICIAL DISTRICT OF MIDDLESEX |
| | : |
| V. | : AT MIDDLETOWN |
| | : |
| PATRICK J. MOYNIHAN, *ET AL.* | : NOVEMBER 10, 2022 |

### DOCUMENT DETAILING AMENDMENTS REQUIRED BY PRACTICE BOOK §10-59
### AMENDED COMPLAINT

**COUNT I. CONVERSION.**

1. The Plaintiff Paul D. Buhl is a citizen of the State of Connecticut with his principal residence in the City of Middletown.

2. The Defendant Patrick J. Moynihan (hereinafter "Moynihan" is a citizen of the State of Connecticut with his principal residence in the Town of Portland. At all times relevant to this Complaint Moynihan was a Connecticut State Marshal.

3. The Defendant B&M Logistics, LLC (hereinafter "B&M") is a Connecticut limited liability company with its principal place of business in the Town of Middlefield. In August 2109 Moynihan engaged B&M to perform an eviction of Plaintiff, inter alios, from real property at 12 Casner Road, East Haddam.

4. Unknown Employee 1 (hereinafter "Employee 1") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

5. Unknown Employee 2 (hereinafter "Employee 2") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

6. Unknown Employee 3 (hereinafter "Employee 3") was in August 2019 an employee of B&M who participated in the aforesaid eviction.

Office of the Clerk
Superior Court
RECEIVED

NOV 1 0 2022

Judicial District of Middlesex
State of Conn ....

1

7.   During the aforesaid eviction, Moynihan and/or B&M and/or Employee 1 and/or Employee 2 and/or Employee 3 converted personal property of the Plaintiff and Plaintiff has been damaged thereby.   The personal property so converted included items passed down to the Plaintiff from his father and grandfather, causing Plaintiff great emotional distress.

8.   The Defendants Moynihan and B&M are liable for the actions of the unidentified employees under the doctrine of *respondeat superior*.

**COUNT II.   NEGILGENCE.**

1. - 6.   Plaintiff realleges paragraphs 1. - 6. of Count I as paragraphs 1. - 6. of this Count II as if fully set forth herein.

7.   In undertaking to perform the aforesaid eviction Moynihan and B&M assumed a duty of care to Plaintiff to conduct that eviction in accordance with the law and to transport all of Plaintiff's personal property to storage provided by the Town of East Haddam.

8.   Moynihan breached his duty of care to the Plaintiff by failing to adequately supervise and monitor the actions of B&M, Employee 1, Employee 2 and Employee 3.

9.   B&M breached its duty of care to the Plaintiff by failing to adequately supervise and monitor the actions of Employee 1, Employee 2 and Employee 3.

10.   As a direct and proximate result of Moynihan's and B&M's breaches of their duty of care to Plaintiff, Plaintiff suffered loss of personal property through conversion and Plaintiff has been damaged

2

thereby.  The personal property so converted included items passed down to the Plaintiff from his father and grandfather, causing Plaintiff great emotional distress.

**COUNT III.   CIVIL RIGHTS VIOLATIONS.**

1.  Plaintiff realleges paragraphs 1. - 8. of Count I as paragraphs 1. - 8. of this Count III as if fully set forth herein.

9.  In conducting the eviction as aforesaid Moynihan, B&M, Employee 1, Employee 2 and Employee 3 were acting under color of state law within the meaning of 42 U.S. Code §1983.

10.  By converting property of the Plaintiff Moynihan, B&M, Employee 1, Employee 2 and Employee 3 deprived Plaintiff of that property without due process of law in violation of Amendment 14 of the Constitution of the United States and 42 U.S. Code §1983 and Plaintiff has been damaged thereby.

**COUNT IV.   UNFAIR TRADE PRACTICES.**

1.  Plaintiff realleges paragraphs 1. - 8. of Count I as paragraphs 1. - 8. of this Count IV as if fully set forth herein.

9.  In conducting the eviction as aforesaid, Moynihan, B&M, Employee 1, Employee 2 and Employee 3 were engaged in trade or commerce within the meaning of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110b, *et seq.*

10.  By converting property of the Plaintiff Moynihan, B&M, Employee 1, Employee 2 and Employee 3 engaged in an unfair or

deceptive act or practice while engaged in commerce or trade in violation of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §42-110b, *et seq*. and Plaintiff has been damaged thereby.

WHEREFORE, Plaintiff prays this court for:

i. Money damages.

ii. Treble damages pursuant to Conn. Gen. Stat. §52-564.

iii. Punitive damages pursuant to 42 U.S. Code §1983.

iv.  Attorney's fees pursuant to 42 U.S. Code §1983.

v.  Punitive damages pursuant to Conn. Gen. Stat. §42-110g.

vi.  Attorney's fees pursuant to Conn. Gen. Stat. §42-110g.

vii.  Costs of this action.

viii.  Attorney's fees, and

ix. Such other and further relief as the court deems just or
equitable.


                              PLAINTIFF


                              _____
                              PAUL D. BUHL
                              100 CRESCENT STREET
                              MIDDLETOWN, CT 06457
                              (860) 539-7861

```
DOCKET NUMBER: MMX-CV-22-5015330-S
PAUL D. BUHL                          : SUPERIOR COURT
                                      : JUDICIAL DISTRICT OF MIDDLESEX
                                      :
   V.                                 : AT MIDDLETOWN
                                      :
PATRICK J. MOYNIHAN, ET AL.           : NOVEMBER 10, 2022
```

### STATEMENT OF AMOUNT IN DEMAND

The Plaintiff states that the amount in demand in this

action is in excess of $15,000., exclusive of interest and costs.

PLAINTIFF

_____
PAUL D. BUHL
100 CRESCENT STREET
MIDDLETOWN, CT 06457
(860) 539-7861

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed
postage pre-paid or transmitted electronically this tenth day of
November 2010 to all counsel of record, as follows:

Crumbie Law Group
100 Pearl Street
Hartford, CT 06103

Kenneth Barber & Associates
P.O. Box 88
East Hampton, CT 06424

_____
Paul D. Buhl

6

EXHIBIT D

DOCKET NO. MMX-CV22-5015330-S     : SUPERIOR COURT

PAUL D. BUHL                             : J.D. OF MIDDLESEX

V.                                         :

PATRICK J. MOYNIHAN, ET AL.     : DECEMBER 9, 20222

## NOTICE OF FILING NOTICE OF REMOVAL

       Pursuant to 28 U.S.C. §§ 1441 et seq., the defendants Patrick J. Moynihan hereby gives

notice that he has filed a Notice of Removal of the above-captioned action to the United States

District Court for the District of Connecticut on December 9, 2022. A copy of said notice is

attached hereto as **Exhibit A.**

                               DEFENDANT,
                               PATRICK J. MOYNIHAN

                               By:  Juris No. 303440
                                    Joseph B. Burns, Esq.
                                    Crumbie Law Group, LLC
                                    100 Pearl Street, 12th Floor
                                    Hartford, CT  06103
                                    Tel. (860) 725-0025
                                    Fax: (860) 760-0308
                                    Email: jburns@crumbielaw.com

CRUMBIE LAW GROUP, LLC

20 Church Street · 18th Floor · Hartford, Connecticut 06103 · 860.725.0025 · Facsimile: 860.760.0308

Juris No. 428371

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above was or will immediately be mailed or delivered electronically or non-electronically on December 9, 2022, to all counsel and self-represented parties of record and that written consent for electronic delivery was received from all counsel and self-represented parties of record who were or will immediately be electronically served.

Paul D. Buhl
*Pro Se*
100 Crescent Street
Middletown, CT 06457
Email: pdbuhl@aol.com

Kevin N. Godwin, Esq.
Barber Kenneth and Associates, LLC
P.O. Box 88
East Hampton, CT 06424
Email: kbarber@barber-law-firm.com

Juris No. 303440
Joseph B. Burns

CRUMBIE LAW GROUP, LLC
20 Church Street · 18th Floor r · Hartford, Connecticut 06103 · 860.725.0025 · Facsimile: 860.760.0308
Juris No. 428371